**MEMO ENDORSED**

## SAVAD CHURGIN, LLP
### ATTORNEYS AT LAW

Paul Savad
Joseph A. Churgin

Susan Cooper
Donna Sobel

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954

(845) 624-3820

July 16, 2019

Hon. Kenneth M. Karas, U.S.D.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re: *Orthodox Jewish Coalition of Chestnut Ridge et al. v. Village of Chestnut Ridge, New York*
Case No. 7:19-cv-00443

Your Honor:

We represent the Plaintiffs in the above-referenced Action. We write in accordance with Your Honor's direction at the conference in this matter on June 18, 2019 that Plaintiffs may request permission to file an amended complaint to set forth the prior compensatory damages in more detail.

This lawsuit challenges Chestnut Ridge's land use regulations applicable to places of worship, which, at the time of the commencement of this litigation, effectively prevented the members of the Orthodox Jewish community living in the Village of Chestnut Ridge, including the Plaintiffs, from operating and attending synagogues in order to engage in religious exercise within Chestnut Ridge and prevented Plaintiffs and their members from using real property within the Village as places of worship.

Subsequent to the filing of the original complaint, the Village of Chestnut Ridge amended its land use regulations to alleviate certain restrictions. The Amended Law is the subject of challenges in state and federal court.

Enclosed is Plaintiffs' proposed amended complaint, which sets forth in more detail Plaintiffs' compensatory damages prior to the adoption of the Amended Law. The amended complaint is also updated to indicate that the amended Law was passed subsequent to the filing of the original complaint and that the Amended Law is the being challenged in state and federal court.

This amended complaint will not have any effect on Defendants' proposed motion to dismiss because that motion to dismiss is limited to the issue of whether to dismiss or stay the claims for prospective relief, and the amended complaint relates to prior compensatory damages.

Plaintiffs respectfully request permission to file the attached Amended Complaint.

Respectfully submitted,

SAVAD CHURGIN, LLP

By: _____
Donna C. Sobel, Esq.

Enc.
cc: All Counsel via ECF

Plaintiff may file their Amended Complaint.

So Ordered.

7/17/19