**MEMO ENDORSED**

# FEERICK NUGENT MacCARTNEY PLLC
## ATTORNEYS AT LAW

DONALD J. FEERICK, JR.
BRIAN D. NUGENT*
J. DAVID MacCARTNEY, JR.
MARY E. MARZOLLA*

OF COUNSEL
DAVID J. RESNICK
KEVIN F. HOBBS
MICHAEL K. STANTON, JR.

ROCKLAND COUNTY OFFICE
96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960
TEL. 845-353-2000  FAX. 845-353-2789

ORANGE COUNTY OFFICE
6 DEPOT STREET, SUITE 202
WASHINGTONVILLE, NEW YORK 10992
*(Not for service of papers)*

www.fnmlawfirm.com

*All correspondence must be sent to Rockland County Office*

JENNIFER M. FEERICK
STEPHEN M. HONAN*+
ALAK SHAH*
PATRICK A. KNOWLES*
JOHN J. KOLESAR III
PATRICK J. McGORMAN

*LICENSED ALSO IN NEW JERSEY
+LICENSED ALSO IN CONNECTICUT

July 18, 2019

*Via ECF*
Honorable Kenneth M. Karas, U.S.D.J.
U.S District Court for the S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

Re: Orthodox Jewish Coalition of Chestnut Ridge, et al. v. Village of Chestnut Ridge, 7:19-cv-00443-KMK (S.D.N.Y.)

Dear Judge Karas:

Our firm represents the Defendant, Village of Chestnut Ridge, in the above-referenced matter. We respectfully submit this correspondence to request to strike and replace Defendant's Exhibits "D", "E", and "F" at Docket No. 26-4-through 26-6, because exhibits from an earlier draft were inadvertently uploaded in their place. Copies of the intended replacement exhibits have been simultaneously emailed under separate cover to Plaintiffs' counsel with this correspondence.

Thank you for Your Honor's consideration of our request.

Granted.
So Ordered -

Respectfully submitted,

Mary E. Brady Marzolla

MEM/vad
cc: All Counsel via ECF

7/18/19