# SAVAD CHURGIN, LLP
## ATTORNEYS AT LAW

Paul Savad  
Joseph A. Churgin  
Susan Cooper  
Donna Sobel

55 OLD TURNPIKE ROAD – SUITE 209  
(Rt. 59 & THRUWAY EXIT 14)  
NANUET, NEW YORK 10954

(845) 624-3820

April 24, 2019

Hon. Kenneth M. Karas, U.S.D.J.  
U.S. District Court for the Southern District of New York  
300 Quarropas Street  
White Plains, N.Y. 10601

*Re: Orthodox Jewish Coalition of Chestnut Ridge et al. v. Village of Chestnut Ridge, New York*  
Case No. 7:19-cv-00443

Dear Judge Karas:

We represent the Plaintiffs in the above-referenced Action. We write to request an adjournment of Plaintiffs' time to respond to Defendant's currently-filed motion to dismiss (Docket No. 25), which is currently due on August 16, 2019.

Defendants wrote to the Court yesterday seeking permission to file a new motion to dismiss and have taken the position that their currently-filed motion to dismiss is moot. We oppose that request and will file a responsive letter within three days, as per Your Honor's rules.

However, in an attempt to avoid opposing a motion which could possibly be deemed moot, we are requesting an adjournment of Plaintiffs' opposition to Defendant's currently-filed motion to dismiss, until 14 days after the Court rules as to whether Defendant's currently-filed motion is moot. Defendants' counsel consents to this request. This is the first request for an extension.

Respectfully submitted,

SAVAD CHURGIN, LLP

By: _____  
Donna C. Sobel, Esq.

cc: All Counsel via ECF