# SAVAD CHURGIN, LLP
**ATTORNEYS AT LAW**

Paul Savad
<u>Joseph A. Churgin</u>

Susan Cooper
Donna Sobel

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954

(845) 624-3820

October 8, 2019

Hon. Kenneth M. Karas, U.S.D.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

*Re: Orthodox Jewish Coalition of Chestnut Ridge et al. v. Village of Chestnut Ridge, New York*
    Case No. 7:19-cv-00443

Dear Judge Karas:

We represent the Plaintiffs in the above-referenced Action.  We write to update the Court on the procedural status of the Article 78 action pending in state court in which the plaintiffs in that action are seeking to have Chestnut Ridge's 2019 Houses of Worship Law invalidated.  We enclose the decision of Hon. Paul I. Marx, JSC, Rockland County Supreme Court in which he denied the motion to dismiss that case and ordered all briefing to occur by November 25, 2019.

    Respectfully submitted,

    SAVAD CHURGIN, LLP

By:_____
    Donna C. Sobel, Esq.

cc:  All Counsel via ECF