# SAVAD CHURGIN, LLP
### ATTORNEYS AT LAW

**MEMO ENDORSED**

Paul Savad
Joseph A. Churgin

Susan Cooper
Donna Sobel

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954

(845) 624-3820

February 4, 2020

Hon. Kenneth M. Karas, U.S.D.J.
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re: *Orthodox Jewish Coalition of Chestnut Ridge et al. v. Village of Chestnut Ridge, New York*
Case No. 7:19-cv-00443

Dear Judge Karas:

We represent the Plaintiffs in the above-referenced action. We write with opposing counsel's consent to request an adjournment of tomorrow's conference in this matter. Counsel for all parties appeared before Magistrate Judge Smith this morning and are very close to a settlement. We are now scheduled to appear before Judge Smith on February 11 at 3:30 p.m. We hope to resolve the last remaining issue between now and February 11 and are hopeful that the case will be settled at that time. We therefore request an adjournment of tomorrow's conference until a date after February 11, 2020. This is the second request for an adjournment.

Thank you for your consideration.

Granted.

The conference is moved to 2/25/20, at 12:00

So Ordered.

cc: All Counsel via ECF

2/4/20

Respectfully submitted,

SAVAD CHURGIN, LLP

By: _____
Donna C. Sobel, Esq.