UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ORTHODOX JEWISH COALITION OF
CHESTNUT RIDGE, an unincorporated
association, CONGREGATION BIRCHAS
YITZCHOK, a New York religious
corporation, CONGREGATION DEXTER
PARK, CONGREGATION TORAH
U'TFILLA, a New York religious corporation,
ABRAHAM WILLNER, and TZVI MILLER,

     Plaintiffs,
  v.

VILLAGE OF CHESTNUT RIDGE, NEW
YORK,

     Defendant.
----------------------------------------------------------X

7:19-cv-00443-KMK

### THE VILLAGE'S NOTICE OF MOTION FOR RECONSIDERATION AND CLARIFICATION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated August 27, 2021, and upon all papers and proceedings heretofore had herein, Defendant Village of Chestnut Ridge, New York, will move this Court before the Honorable Kenneth M. Karas, U.S.D.J., at the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, on a date and time to be determined by the Court, for reconsideration and clarification of the Court's August 13, 2021 Order (Dkt. No. 88) and March 31, 2021 Opinion & Order (Dkt. No. 80), insofar as the Court revived, upon granting Plaintiffs' motion for reconsideration (Dkt. Nos. 81), Count III and Count VIII of Plaintiffs' First Amended Complaint; and upon reconsideration, dismissal of these Counts and termination of this case; and an award to Defendant of such other and further relief as this Court deems just, proper, and equitable.

Dated: August 27, 2021
      South Nyack, New York

                              **FEERICK NUGENT MACCARTNEY, PLLC**

                              By: /s/ Donald J. Feerick
                                  Donald J. Feerick, Jr., Esq.
                                  Mary E. Marzolla, Esq.
                                  Patrick A. Knowles, Esq.

                            96 South Broadway
                            South Nyack, New York 10960
                            (845) 353-2000

                            *Attorneys for Defendant Village of Chestnut*
                              *Ridge, New York*

To:    *All Counsel of Record by ECF*